IN THE UNITED STATES DISTRICT COURT
KANSAS DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and GUADALUPE BETANCOURT, Individually,<br>　　　　Plaintiffs,<br>v.<br><br>DILLON REAL ESTATE CO., INC., a Kansas Corporation,<br><br>　　　　Defendant.<br>_____ | CASE No. 6:08-CV-1215-WEB-DWB |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

　　　Plaintiffs and Defendant pursuant to the Federal Rules of Civil Procedure hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.


By:　/s/ Gerald L. Green　　　　　　　　　　Date: May 12, 2009
　　　Gerald L. Green, Esquire
　　　Attorney For the Defendant(s)
　　　**GILLILAND & HAYES, P.A.**
　　　20 West Second, 2nd Floor
　　　P.O. Box 2977
　　　Hutchinson, KS 67504-2977
　　　Tel. (620) 662-0537; Fax: (620) 669-9426

By:　/s/ Robert J. Vincze　　　　　　　　　　Date: May 12, 2009
　　　Robert J. Vincze, Esquire
　　　**LAW OFFICES OF ROBERT J. VINCZE,**
　　　P.O. Box 792
　　　Butler County
　　　Andover, KS 67002
　　　Tel. (303) 204-8207; Fax: 316-733-5409
　　　and
　　　Lawrence A. Fuller, Esquire
　　　Co- Counsel for the Plaintiffs
　　　**FULLER, FULLER & ASSOCIATES, P.A.**
　　　12000 Biscayne Blvd., Suite 609
　　　North Miami, FL 33181

Tel: (305) 891-5199; Fax: (305) 893-9505